UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK LARRY ROSS, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-743-JWD-RLB** |
| **RYAN TAYLOR, ET AL** | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated December 11, 2025 (Doc. 31), to which an objection to summary judgment was filed and considered (Doc. 32);

**IT IS ORDERED** that Defendants' Motion for Summary Judgment filed by Uchey Njoku and Ryan Taylor (Doc. 23) is GRANTED, and this action shall be dismissed with prejudice.

**IT IS FURTHER ORDERED** that the Court declines to exercise of supplemental jurisdiction in connection with any potential state law claims.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on January 15, 2026.

_____
**JUDGE JOHN W. deGRAVELLES**
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA